IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT A. BENNETT, JR., | ) | CASE NO. 3:19-CV-00777 |
| | ) | |
| Defendant, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC | ) | **STIPULATION OF DISMISSAL AND** |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and through counsel that the parties have settled the above-captioned matter and the action is hereby dismissed with prejudice against Defendant. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties. Each party herein shall bear their respective Court costs and attorneys' fees.

**IT IS SO ORDERED.**

s/ Jack Zouhary                                          Date: December 30, 2019
JACK ZOUHARY
United States District Judge

| | |
|---|---|
| */s/ Andrew L. Margolius* | */s/ Douglas B. Schnee* |
| Andrew J. Margolius (0003402) | Douglas B. Schnee (0063643) |
| Emily E. Gilbert (0080174) | Megan E. Bennett (0095835) |
| Margolius, Margolius and Associates | Frantz Ward LLP |
| 55 Public Square, Suite 1100 | 200 Public Square, Suite 3000 |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44114 |
| Telephone: (216) 621-2034 | Telephone: (216) 515-1661 |
| Facsimile: (216) 621-1908 | Facsimile: (216) 515-1650 |
| Email: andrew@margoliuslaw.com | Email: dschnee@frantzward.com |
|       emily@margoliuslaw.com |       mbennett@frantzward.com |
| | |
| *Counsel for Plaintiff Vincent Bennett* | *Counsel for Defendant Lowe's Home Centers, LLC* |